NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Richard L. Mahfouz II
CLERKIN, SINCLAIR & MAHFOUZ, LLP
3333 Camino Del Rio South, Suite 120
San Diego, CA 92108

ATTORNEY(S) FOR: State Farm Mutual Automobile Insurance Comp

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company<br><br>Plaintiff(s),<br>v.<br>United States of America<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-01002<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   State Farm Mutual Automobile Insurance Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| State Farm Mutual Automobile Insurance Company | Plaintiff |

February 6, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

State Farm Mutual Automobile Insurance Company